# 3-21CV0024-E



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TX
FILED

# AFFIDAVIT FOR ENTRY OF DEFAULT

2020 JAN -6 PM 2: 05

DEPUTY CLERK _____

| Plaintiff herein - Dwayne-Jemon: Harris | ) | NO.10131978-12292020 |
| | ) | AFFIDAVIT FOR ENTRY OF DEFAULT |
| vs. | ) | |
| | ) | |
| DEFENDANTS/LIEN DEBTORS herein – NATIONSTAR dba MR. COOPER, JAY BRAY, TONY EBERS, CHARLES STEVE COVINGTON, DANA DILLARD, KELLY ANN DOHERTY, NEENU KAINTH, GLENN ONSTAD, MICHAEL RAWLS, SRIDHAR SHARMA, KURT JOHNSON and CHRIS G. MARSHALL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Dwayne-Jemon: Harris, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I have conducted an investigation to the validity of the "alleged debt" claimed owed by NATIONSTAR dba MR. COOPER was not verified per 15 USC 1692g § 809(a)4. MR. COOPER failed to provide *verification* (Black Laws 2nd Edition Dictionary defines **verification-**Confirmation of the correctness, **truth** or **authenticity** of a pleading, **account**, or other paper, by an affidavit, oath or deposition. See McDonald v Rosengarten, 134 Ill. 126, 25 N. E. 429; Summerfield v Phoenix Assur. Co. (C.C) 65 Fed. 296; Patterson v Brooklyn, 6 App. Div. 127, 40 N. Y. Supp. 581.) of the original promissory note for Dwayne-Jemon: Harris personal inspection or by a certified copy of the promissory note. The instrument that MR. COOPER alleges gives them security interest my property, The Deed of Trust, was cancelled when MR. COOPER failed to rebut AFFIDAVIT OF: FINAL DEFAULT/&ESTOPPEL/& CANCELLATION OF: DEED OF TRUST: SILENCE IS ACQUIESCENCE dated 03/06/2020 received by MR. COOPER Certified Mailing # 7018 3090 0001 6853 8713 delivered 03/10/2020 at 12:36 pm.   No rebuttal was received by Dwayne-Jemon: Harris, so based on their silence, MR. COOPER ACQUIESCENCED to the cancellation of the Deed of Trust.  MR. COOPER failed to acknowledge or even recognize the affidavits of the Plaintiff as "legal" or "lawful" with unsworn testimony in the form of "letters"

**AFFIDVAIT FOR ENTRY OF DEFAULT**

# AFFIDAVIT FOR ENTRY OF DEFAULT

which DO NOT rebut affidavits.  MR. COOPER was sent several cease and desist for failure to

prove their claim, however, these cease and desist were ignored just as all of the unrebutted

affidavits sent to TONY EBERS, CHARLES STEVE COVINGTON, DANA DILLARD, KELLY

ANN DOHERTY, NEENU KAINTH, GLENN ONSTAD, MICHAEL RAWLS, SRIDHAR

SHARMA, KURT JOHNSON and CHRIS G. MARSHALL failed to rebut any of the four rounds

of affidavits presented to them and NATIONSTAR dba MR. COOPER and JAY BRAY, failed to

rebut any of the eight rounds of affidavits sent by Dwayne-Jemon: Harris on behalf of THE

DWAYNE JEMON HARRIS TRUST.  MR. COOPER has also failed to send any Notice of

Deficiency or Notice of Determination signed under the penalty of perjury where I nor Amanda

Lee Harris are deficient.

      2.     I hereby make application to the Clerk of this Court for entry of default as to

defendants NATIONSTAR dba MR. COOPER, JAY BRAY, TONY EBERS, CHARLES STEVE

COVINGTON, DANA DILLARD, KELLY ANN DOHERTY, NEENU KAINTH, GLENN

ONSTAD, MICHAEL RAWLS, SRIDHAR SHARMA, KURT JOHNSON and CHRIS G.

MARSHALL, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this

application do show that:

      A.     The defendants were personally served affidavits for their prompt and immediate rebuttal through the USPS Certified Mailing with tracking and Certified Green Slips as proof as provided by Rule 4(c)(1), Federal Rules of Civil Procedure; accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

      B.     The defendants have not responded formally with an affidavit of rebuttal to the Plaintiff's Conditional Acceptance for Value, Notice of Fault, Second Conditional Acceptance for Value, Second Notice of Fault Admissions and Stipulations, Third Conditional Acceptance for Value and Third Notice of Default Agreed Facts in this Matter and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

      C.     Copies of the UCC-1 Lien and Affidavit with attachments of all affidavits served have been filed with the St. Louis County Recorder under document #1130202000127, is seeking entry of default judgment, which are being filed herewith, have been served upon the defendant by Certified Mail First Class mail.

**AFFIDVAIT FOR ENTRY OF DEFAULT**

# AFFIDAVIT FOR ENTRY OF DEFAULT

**TESTIMONY**   In testimony of the above, I have signed my name and attached my official seal

SECURED PARTY SIGNATURE

*Dwayne )-Jemon : Harris)*

Dwayne- Jemon: Harris, Secured Party, Authorized
Representative, Attorney-In-Fact with Power of
Attorney on behalf of
THE DWAYNE JEMON HARRIS TRUST©, Ens legis

## ACKNOWLEDGEMENT

State of Missouri                           )
                                            ) Scilicet
County of St. Charles County                )

SUBCRIBED TO AND SWORN before me this 29th day of December A.D. 2020, a Notary, that Dwayne-Jemon: Harris, personally appeared and
known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same with Power of Attorney from Dwayne-
Jemon: Harris.

_____                              Seal;
Notary Public Signature

My Commission expires; _01/17/2023_

Note; Use of a notary on this document does not constitute any adhesion to or contract with foreign de-facto gov't corporate party
for entrance into any foreign jurisdiction, nor does such use alter the status of Secured Party via reservation of all Rights. The
purpose of the Notary is for verification and acknowledgement only of the signer and for no other purpose.

*[Notary seal: TRACY KAIN, NOTARY PUBLIC, NOTARY SEAL #18906393, My Commission Expires 01/17/2023, St. Charles County, STATE OF MISSOURI]*

**AFFIDVAIT FOR ENTRY OF DEFAULT**

# ENTRY OF DEFAULT

**U.S. DISTRICT COURT TEXAS NORTHERN DISTRICT COURT – DALLAS, TX**

| | | |
|---|---|---|
| **Plaintiff herein - Dwayne-Jemon: Harris**<br><br>VS.<br><br>**DEFANDANTS/LIEN DEBTORS herein –** MR. COOPER, JAY BRAY, TONY EBERS, CHARLES STEVE COVINGTON, DANA DILLARD, KELLY ANN DOHERTY, NEENU KAINTH, GLENN ONSTAD, MICHAEL RAWLS, SRIDHAR SHARMA, KURT JOHNSON and CHRIS G. MARSHALL | ) ) ) ) ) ) ) ) ) ) ) | NO.10131978-12292020<br>**AFFIDAVIT FOR ENTRY OF DEFAULT** |

Plaintiff Dwayne-Jemon: Harris, requests the Clerk of Court to enter default against Defendants NATIONSTAR dba MR. COOPER, JAY BRAY, TONY EBERS, CHARLES STEVE COVINGTON, DANA DILLARD, KELLY ANN DOHERTY, NEENU KAINTH, GLENN ONSTAD, MICHAEL RAWLS, SRIDHAR SHARMA, KURT JOHNSON and CHRIS G. MARSHALL for failure to answer or plead in said action as required by law.
Default may be served on the Defendants at 800 STATE HIGHWAY 121 BYPASS LEWISVILLE, TX 75067.

**TESTIMONY**   In testimony of the above, I have signed my name and attached my official seal

PLAINTIFF

*Dwayne-Jemon: Harris*

Dwayne- Jemon: Harris, Secured Party, Authorized
Representative, Attorney-In-Fact with Power of
Attorney on behalf of
THE DWAYNE JEMON HARRIS TRUST©, Ens legis

## ACKNOWLEDGEMENT

State of Missouri        )
                         ) Scilicet
County of St. Charles County   )

SUBCRIBED TO AND SWORN before me this 29th day of December A.D. 2020, a Notary, that <u>Dwayne-Jemon: Harris</u>, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same with Power of Attorney from Dwayne-Jemon: Harris.

_____                              Seal;
Notary Public Signature

My Commission expires;   _01/17/2023_

Note; Use of a notary on this document does not constitute any adhesion to or contract with foreign de-facto gov't corporation for entrance into any foreign jurisdiction, nor does such use alter the status of Secured Party via reservation of all Rights. The purpose of the Notary is for verification and acknowledgement only of the signer and for no other purpose.

CERTIFIED MAIL

stamps.com

* 1-UP Laser Form *
*#USA-CNF - 1X4.0620-X*

75242-131052

CERTIFIED MAIL

RECEIVED-5

JAN - 6 2021

MAILROOM

X-RAY

9414 7118 9956 4807 0073 03

Karen Mitchell, Clerk of Court
United States Courthouse
1100 Commerce Street
Dallas TX 75242-0996

$6.900
US POSTAGE
FIRST-CLASS
FROM 75031
12/31/2020
stamps
endicia