IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DWAYNE-JEMON HARRIS,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:21-CV-24-E-BH |
| ) | |
| **NATIONSTAR dba MR. COOPER, et al.,** ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge[1] |

**NOTICE OF DEFICIENCY AND ORDER**

The complaint does not comply with Fed. R. Civ. P. 8(a). **The plaintiff must submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

The plaintiff has not paid the filing fee for this case or submitted a request to proceed *in forma pauperis*. **Within fourteen (14) days of the date of this order, he must either pay the $400 filing fee or submit an Application to Proceed** *In Forma Pauperis*.

The plaintiff must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of this lawsuit suit under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court shall mail the plaintiff a form application to proceed *in forma pauperis* and a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.

SO ORDERED this 8th day of January, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.